

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM
F. #2019R00559

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2019

<u>By E-mail</u>

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Jason Hope
     <u>Docket No. 19-MJ-322 (LB)</u>

Dear Judge Bloom:

  The government respectfully submits this letter to request that the Court order that the complaint and arrest warrant in the above-captioned matter be unsealed.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

      By:   /s/
          Nicholas J. Moscow
          Assistant U.S. Attorney
          (718) 254-6212

Enclosure

cc: Clerk of Court (by ECF)
   Susan Marcus, Esq. (by ECF)

NJM
F.# 2019R00559

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JASON HOPE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 19-MJ-322 (LB)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicholas J. Moscow, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
              4/11, 2019

*S/ Bloom*

_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK