## INITIAL APPEARANCE CALENDAR

Magistrate Judge: __**Lois Bloom**__          Date: __4/11/19__

Magistrate Case Number: __**19-322M**__          LOG #: __2:43 – 3:00__

Defendant's Name: __**Jason Hope**__

**X** Court appointed counsel.     ____ Defendant retained counsel.

Defense Counsel: __**Susan Marcus**__          CJA: **X**   FDNY: ___   RET: ___

A.U.S.A. __**Nicholas Moscow**__          Clerk: __**SM Yuen**__

Interpreter: _____          Language: _____

✓ ARRAIGNMENT on Complaint held.     ___ Government Agent Sworn

___ DETENTION HEARING Held:     ____ Government opposed bail for reasons stated on the record.

✓ Bond set at __$100,000__.     ✓ Bond set on consent of both parties.

Defendant: ✓ released     ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

3 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.     ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: _____; or     ✓ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

   ____ Identity hearing held. Court   ____ orders removal   ____ denies removal

   ____ Defendant waives:   ___ identity hearing   ___ preliminary hearing

   ____ Identity/ Removal Hearing set for: _____

   ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____
_____
_____
_____